(No. 5904

TRANS INTERNATIONAL MOVING AND VAN SERVICE, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed July 14, 1972.*

TRANS INTERNATIONAL MOVING AND VAN SERVICE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6113

#2 SUTCLIF PHARMACY CORPORATION, and SUTCLIFFE PHARMACY, INC., Claimants, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed July 14, 1972.*

ALLEN L. GINSBERG, Attorney for Claimants.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.